# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAM L. BLAKE, | : | No. 1 MAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF PROBATION | : | |
| AND PAROLE, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.